UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
COLETTE WARNER,

                           PLAINTIFF,

-against-

THE CITY OF NEW YORK, P.O. "JANE" RILEY, and
SGT. "JOHN DOE", individually and in their official
capacities, (the name John Doe being fictitious, as the true
name is presently unknown),

                          DEFENDANTS.
------------------------------------------------------------------ x

NOTICE OF APPEARANCE

07 Civ. 9785 (SAS)

      **PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.[1]

Dated: New York, New York
       November 26, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel
                                  of the City of New York
                              Attorney for Defendant
                                  City of New York
                              100 Church Street
                              New York, New York 10007
                              (212) 788-8084

               By: _____
                     David M. Hazan (DH-8611)
                     Assistant Corporation Counsel
                     Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.