**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                              TELEPHONE: (212) 748-3355



March 17, 2008



**BY FAX**
Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    *Colette Warner v. City of New York, et al.*, 07 Civ. 9785 (SAS)

Your Honor:

Plaintiff writes to request respectfully permission to amend the complaint in the above-referenced matter to substitute Lt. Brian O'Sullivan for Sgt. "John Doe". Defendants do not object to this request.

Thank you for your consideration in this matter

Plaintiff may file an amended complaint.
So Ordered.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:    Philip S. Frank, Esq. (by fax)

[Judge's signature] USDJ
3/18/08