

<table>
<tr><td>MICHAEL A. CARDOZO<br><i>Corporation Counsel</i></td><td style="text-align:center">THE CITY OF NEW YORK<br><b>LAW DEPARTMENT</b><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td style="text-align:right"><b>DAVID M. HAZAN</b><br><i>Assistant Corporation Counsel</i><br>Room 3-186<br>Telephone: (212) 788-8084<br>Facsimile: (212) 788-9776<br>dhazan@law.nyc.gov</td></tr>
</table>

April 1, 2008

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: __4/1/0Y__           │
└─────────────────────────────────┘
```

**VIA FACSIMILE (212) 805-7932**
Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Colette Warner v. City of New York et al., 07 Civ. 9785 (SAS)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York and Kelly Riley.[1] In that regard, I write to respectfully request that the Court adjourn the settlement conference, scheduled for April 2, 2008 at 2:00 p.m. to either April 11, 2008 or April 16, 2008. As background, I am currently on trial before the Honorable Alvin K. Hellerstein in the matter of Joseph Jones v. City of New York et al., 05 Civ. 5252 (AKH). The trial began on March 24, 2008 and was estimated to end on March 28, 2008. However, due to unforeseen circumstances, the trial is not yet over. Therefore, unless the trial ends today, I will not be able to attend the settlement conference scheduled for tomorrow. Accordingly, defendants respectfully request that the Court adjourn the settlement conference, scheduled for April 2, 2008 at 2:00 p.m. to either April 11, 2008 or April 16, 2008. Counsel for plaintiff does not consent to this request because she states that she cannot contact her client to notify her of the adjournment.

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to practice law in the Southern District of New York and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.

I thank the Court for its consideration herein.

Respectfully submitted,

*David M. Hazan*

David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     Via Facsimile (212) 791-4149
        Rose M. Weber, Esq.
        225 Broadway
        Suite 1608
        New York, NY 10007

*The conference will proceed.
Mr Frook should attend with a superior
or other admitted attorney.*

4/1/08    **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

2