UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------ X

COLETTE WARNER,

                 Plaintiff,

- against -

CITY OF NEW YORK, P.O. JANE RILEY,
and SERGEANT JOHN DOE,

                 Defendants.

------------------------------------------------ X

**ORDER OF DISMISSAL**

07 Civ. 9785 (SAS)

      The parties having notified the Court that they have nearly reached a resolution of this action,

      IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
              April 4, 2008

- Appearances -

**For Plaintiff:**

Rose M. Weber, Esq.
Rose M. Weber Law Office
225 Broadway, Ste. 1608
New York, NY 10007
(212) 748-3355
Fax: (212) 233 5633

**For Defendants:**

David M. Hazan, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-8084
Fax: (212) 788-9776