USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

COLETTE WARNER,

                                    Plaintiff,

      -against-

THE CITY OF NEW YORK, P.O. "JANE" RILEY, and SGT. "JOHN DOE", individually and in their official capacities, (the name John Doe being fictitious, as the true name is presently unknown),

                                  Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 9785 (SAS)

      **WHEREAS**, plaintiff Colette Warner commenced this action by filing a complaint on or about November 5, 2007, alleging that defendants violated her constitutional rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2. Defendant City of New York hereby agrees to pay plaintiff Colette Warner the sum of ***Fifteen Thousand Dollars ($15,000.00)*** in full satisfaction of all claims,

including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Colette Warner agrees to dismissal with prejudice of all claims against defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses or attorneys fees.

3.  Plaintiff Colette Warner shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4.  Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
April 8, 2008

Rose M. Weber, Esq.
225 Broadway, Suite 1608
New York, NY 10007
(212) 748-3355

MICHAEL A. CARDOZO
Corporation Counsel
  of the City of New York
Attorney for Defendants City of New York, and Kelly Riley
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: _____
Rose M. Weber, Esq. (RW 0515)

By: _____
David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge, S.D.N.Y.
4/17/08

- 3 -